United States District Court
Southern District of Texas
**ENTERED**
July 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MIGUEL VASQUEZ, JR., | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. B-13-242 |
| | § | |
| WILLIAM STEPHENS, | § | |
| Respondent. | § | |

# ORDER

On April 21, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 12]. Petitioner has objected [Doc. No. 13 and 14] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Report and Recommendation. Therefore, Jose Miguel Vasquez's petition for writ of habeas corpus by a person in state custody pursuant to 28 U.S.C. § 2254 is dismissed for being untimely filed and lack of jurisdiction. Further, the issuance of a Certificate of Appealability is denied.

Signed this 12th day of July, 2016.

Andrew S. Hanen
United States District Judge